Case 2:25-cv-00025   Document 53   Filed 02/26/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BALDEMAR FRANCISCO ALANIZ, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 2:24-CV-00025 |
| CLAWS FIBER SOLUTIONS, LLC, *et al.*, | | |
| Defendants. | | |

## **RECUSAL ORDER**

This case is assigned to United States District Judge Nelva Gonzales Ramos who has referred it to United States Magistrate Judge Mitchel Neurock for case management in accordance with 28 U.S.C. § 636. (D.E. 69). At Judge Neurock's request and in accordance with Special Order C-2023-1,[1] United States Magistrate Judge Jason B. Libby has recently assisted with a few minor case management matters. (D.E. 98). However, the undersigned recently served as a mediator in a separate case in which Mr. Swarek is a party. Mr. Swarek is not represented by counsel in that action, and he participated in the mediation *pro se.* While there may be no actual conflict of interest in the undersigned acting in a judicial

---

[1] Special Order C-2023-1 is a standing order concerning civil matters referred to magistrate judges in this division. The order allows magistrate judges to assist each other on any referred matter by agreement, including entering orders, notices, recommendations and presiding over judicial proceedings.

capacity in the instant case, there is a risk that persons or parties may perceive the situation creates a conflict. The undersigned finds recusal is appropriate.  Therefore, it is

**ORDERED** that the undersigned stands **RECUSED** in the instant case.

Signed and entered on February 26, 2026.

_____
Jason B. Libby
United States Magistrate Judge